**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CASE NO. 24-CR-104 (RC)** |
| | : |
| **CHRISTOPHER ROCKEY and** | : |
| **EDWARD PICQUET JR,** | : |
| | : |
| **Defendants.** | : |

**JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Christopher Rockey, by and through his attorney, Brady Vannoy, now file this motion to schedule a Change of Plea hearing and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq, between May 20, 2024 and new hearing date. The parties have reached a plea agreement. As a result, the parties request that the Court excuse Mr. Rockey from the status hearing on Monday, May 20.

If possible, the parties request a Change of Plea hearing on June 12. If the Court is unavailable that day, the parties are likely available other days that week.

      Respectfully submitted,

      MATTHEW M. GRAVES
      UNITED STATES ATTORNEY
      D.C. Bar No. 481052


BY: */s Tighe R. Beach*
   TIGHE R. BEACH
   CO Bar No. 55328
   Assistant United States Attorney
   District of Columbia
   601 D St. NW, Room 6.3104
   Washington, DC 20530
   (240) 278-4348
   Tighe.beach@usdoj.gov